# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Charles T. Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-0143-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed April 30, 2014, [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed April 30, 2014, [Doc. 18] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,800.00.

                                                                  */s/ John T. Maughmer*
                                                                    **John T. Maughmer**
                                                       **United States Magistrate Judge**